UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BUTZEL LONG P.C.,

    Plaintiff,

v.

                                          Case No. 11-12790

HARTLEY AMUSEMENTS, INC., et al.

    Defendants.
                                            /

## ORDER OF DISMISSAL

The parties have notified the court that they have reached a mutually agreeable resolution to the above-captioned matter.  The terms of their resolution will be memorialized in writing by the parties.  Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice to the right of either party to move by **May 1, 2012**, to vacate this order if the settlement is not finalized.  After **May 1, 2012**, this dismissal is with prejudice.

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated:  January 31, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 31, 2012, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522